1  MATEO Z. FOWLER (CA State Bar No. 241295)
2  MZF LAW FIRM, PLLC
   1105 Nueces Street, Suite A
3  Austin, Texas 78701
   Telephone: (281) 546-5172
4  E-Mail: mateofowler@mzflaw.com

5
   Attorneys for Defendants
6  OpenSpend, Inc and Sean Maney

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 | THOMAS McKEEVER,                              | CASE NO.: 3:18-cv-02851-EDL
11 |                                               |
12 |           Plaintiff,                          | **[PROPOSED] ORDER ON DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES [F.R.C.P. 12(b)(1) and (2)]**
13 |     v.                                        |
14 | OPENSPEND, INC., a Delaware corporation; SEAN MANEY, an individual, and DOES 1 through 10 |
15 |                                               |
16 |           Defendants.                         |
17 |                                               | [Filed Concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; and Declaration of Sean Maney]
18 |                                               |
19 |                                               |
20 |                                               | Date Action Filed: May 15, 2018
21 |                                               | Trial Date: Not Set
22 |                                               |
23 |                                               | Hearing Date: February 12, 2019
   |                                               | Hearing Time: 9:00 AM
24 |                                               | Hearing Location: Courtroom E

25
26
27
28 | **PROPOSED ORDER ON DEFENDANTS MOTION TO DISMISS SECOND AMENDED COMPLAINT** | **CASE NO.: 3:18-cv-02851-EDL**

**[PROPOSED] ORDER**

The Motion to Dismiss Plaintiff's Second Amended Complaint filed by OpenSpend, Inc. and Sean Maney ("Defendants") in this matter came on regularly for hearing before this Court on February 12, 2019 at 9:00 am.

Having considered the moving, opposing and any reply papers, arguments, pleadings on file and all other matters presented to the Court, the Court finds that:

The Court lacks subject matter jurisdiction over this lawsuit because (1) the case or controversy at issue in each cause of action plead in the Second Amended Complaint is moot and (2) the causes of action do not meet the threshold amount in controversy in order to exercise diversity jurisdiction.

The Court lacks personal jurisdiction over this lawsuit because (1) Defendants do not reside in this forum, (2) Plaintiff resided in Texas when the events giving rise to this suit occurred, and (3) no appreciable harm was directed at or felt in California.

Since Plaintiff has had three unsuccessful attempts to bring a lawsuit in this Court, the Court finds that leave to file a third amended complaint would be futile and unnecessarily multiply this lawsuit.

For these reasons, Plaintiff's Second Amended Complaint and this lawsuit should be dismissed with prejudice.

Plaintiff failed to show that leave to file a third amended complaint should be granted or that leave to amend could cure the defects.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

1. Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint is GRANTED in its entirety;

2. Plaintiff's Second Amended Complaint in this case is ordered dismissed without leave to amend;

3. Plaintiff's lawsuit is dismissed with prejudice.

4. The Defendants are the prevailing parties; and

5. This is Final Judgment.

DATED: _____          _____

                                          Hon. Mag. Judge Elizabeth D. LaPorte