LTL ATTORNEYS LLP
James M. Lee (Bar No. 192301)
 james.lee@ltlattorneys.com
300 S. Grand Avenue, Suite 1400
Los Angeles, CA 90071
Telephone: 213-612-8900
Facsimile: 213-612-3773

Attorney for Plaintiff
Thomas McKeever


MZF LAW FIRM, PLLC
Mateo Z. Fowler (CA Bar No. 241295)
1105 Nueces Street, Ste. A
Austin, Texas 78701
Telephone: (281) 546-5172
E-Mail: mateofowler@mzflaw.com

Attorney for Defendants
OpenSpend, Inc. and Sean Maney

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS McKEEVER,<br><br>Plaintiff,<br><br>v.<br><br>OPENSPEND, INC., a Delaware corporation; SEAN MANEY, an individual, and DOES 1 through 10,<br><br>Defendants. | CASE NO.: 3:18-cv-02851-EDL<br><br>**STIPULATION OF DISMISSAL**<br><br>**Complaint filed**: May 15, 2018 |

# STIPULATION OF DISMISSAL

Plaintiff Thomas McKeever, on the one hand, and Defendants Openspend, Inc. and Sean Maney, on the other hand, hereby stipulate as follows:

WHEREAS, on August 28, 2019, the parties settled this action before private Mediator Bill Fowler in Austin, Texas as to all parties and causes of action.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) with each party to bear their own fees and costs.

**On Behalf of Plaintiff**
Dated: October 1, 2019          LTL ATTORNEYS LLP


                                By: */s/ James M. Lee*
                                James M. Lee
                                Attorney for Thomas McKeever

**On Behalf of Defendants**
Dated: October 1, 2019          MZF Law Firm, PLLC


                                By: */s/ Mateo Z. Fowler*
                                Mateo Z. Fowler
                                Attorney for Defendants Openspend, Inc. and Sean Maney


# FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, James M. Lee, hereby attests that concurrence in the filing of the documents has been obtained from the signatories above.


Dated: October 1, 2019          By: */s/ James M. Lee*
                                James M. Lee

1